BEFORE THE SECOND DIVISION, JUNE 13, 1963

No. 67813.—Arena Cycle Co. et al. *v.* United States, protests 323650–K, etc. (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 CCPA 152, C.A.D. 750), the claim of the plaintiffs was sustained.

No. 67814.—Schick X-Ray Co., Inc. *v.* United States, protests 58/17976–10183, 58/22959–10182, and 59/18126–10959 (Chicago).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of injectors and parts, in chief value of metal, similar in all material respects to those the subject of *Schick X-Ray Co., Inc.* v. *United States* (49 Cust. Ct. 38, C.D. 2358), the claim of the plaintiff was sustained.

No. 67815.—Audex Associates, Inc. *v.* United States, protest 62/15546 (New York).

Opinion by LAWRENCE, J.   Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930 (19 U.S.C. § 1514).